585 F.2d 802
 Dougal C. POPE, Plaintiff-Appellant,
v.
UNITED STATES of America and M. Carr Ferguson, Defendants-Appellees.
 No. 77-1338.
 United States Court of Appeals,
Fifth Circuit.
 Dec. 4, 1978.
 
 Appeal from the United States District Court for the Southern District of Texas; Woodrow B. Seals, Judge.
 
 
 1
 Dougal C. Pope, pro se.
 
 
 2
 Rudy M. Groom, Houston, Tex., for plaintiff-appellant.
 
 
 3
 Murray S. Horwitz, Atty., Gilbert E. Andrews, Chief, App. Sect., Robert A. Bernstein, Jeffrey S. Blum, Tax Div., Dept. of Justice, Washington, D. C.
 
 
 4
 M. Carr Ferguson, pro se.
 
 
 5
 James R. Gough, U. S. Atty., R. Burton Ballanfant, Asst. U. S. Atty., Houston, Tex., for defendants-appellees.
 
 
 6
 Before JONES, AINSWORTH and HILL, Circuit Judges.
 
 PER CURIAM:
 
 7
 Affirmed on the basis of the opinion of District Judge Woodrow Seals dated January 11, 1977, 459 F.Supp. 426.
 
 
 8
 AFFIRMED.